IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 28th, 2017

_Matthew Jones_

Plaintiff,

-against-

_Recovery Innovations International, in Ellendale, Delaware_

Defendant,

**17   0967**

Case Number _____

**(COMPLAINT)**

(Pro Se)

Jury Demand?

No.

## I. PARTIES IN THIS COMPLAINT

### Plaintiff

Plaintiff: Jones, Matthew N. P.

11366 Sussex Highway

Sussex County, Greenwood        Delaware      19950

(302) 349-5251         AzraelLinusSmith@gmail.com

### Defendants

Defendant : Recovery Innovations International

700 Main St.

Ellendale, Delaware 19941

302.424.5660 FAX: 302.424.5661

https://riinternational.com/our-services/delaware/recovery-response-center-ellendale/

## II. BASIS FOR JURISDICTION

(check) U.S. Government Defendant

(check) Federal Question

(check) Federal Diversity

## III. VENUE

Venue is appropriate in this court because:

Both the Plaintiff and Defendants reside in this district.

(2) A substantial part of the events that I am suing about happened in this district. - Under Title 28 U.S.C. Section 1391

## IV. STATEMENT OF A CLAIM

Place(s) of Occurrence: _ Greenwood, Delaware; Ellendale, DE; Dover, Delaware; Facebook Activity of Delawarean Plaintiffs and Defendants and other Delaware resources that include Delawarean government, Delaware State Police, Delaware Health & Social Services (DHSS), Delawareonline News, The News Journal of Wilmington, Delaware, and others; Many other places and venues that exist in New Castle County, Kent County, and Sussex County that include many area hospitals, medical facilities, and schools that are innumerous and as a result cannot all be listed and named_

Date(s) of Occurrence: January 31st - February 1st, 2017 but in Accordance With A Past   History Of Vile Persecution And Citizen Rights Deprivation Meant To Immorally,  Illegally Maim, Injure, Kill The Plaintiff, Cause Him to Commit Suicide - and active law suits filed for past acticity in the District Courts

(State briefly here the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful acts.)

**FACTS:** Linda C. Jones is a sterilized male who I am Power of Attorney of. The State of Delaware incorrectly acknowledges Linda as my Mother by Birth. Linda taught first Grade in Delaware, Woodbridge School District, 20 years.

On January 31st, 2017, Linda called Recovery Innovations and the Delaware State Police to take me for a Psych Evaluation at our home.

I recorded the conversation with the Police on my webcam, and cell phone.
https://www.facebook.com/matthew.n.jones

I showed the Police my Power of Attorney over Linda, my Deed to our House, and Nude photos of Linda- showing that he is a man.

They arrested me, anyway. I was held at Seaford Nanticoke Hospital for over 12 hours.

I was transported from Nanticoke to Recovery Innovations, when my hold expired. Nanticoke could find no reason to hold me.

Recovery Innovations said that there was a hold placed on my by the DSP.

I was diagnosed Schizophrenic by Recovery Innovations.

The food at Recovery Innovations was spoiled and rancid with mold.

I was held at Recovery Innovations for almost 24 hours.

I was seen by a television psychiatrist, long distance.

I was transferred from there to Dover Behavioral Health.

Lawsuits are already filed in district courts because of these same or similar actions taken against me last year, 2016, by Recovery Innovations and the DSP.

Schizophrenia

Schizophrenia is a devastating mental illness that impairs sufferers ability to complete thoughts, speak in complete sentences, read, and write. Delusions, Hallucinations, Incoherence, Loosening of associations, Catatonic behavior, Flat affect, Inappropriate affect, Nonaffective verbal hallucinations, Voices commenting, Voices conversing, Thought broadcasting, Bizarre delusions, and Mood-incongruent delusions are all common symptoms of schizophrenia.

Sufferers would not uncommonly forget to groom, display public nudity, eat feces, and drink urine.

Sources:
http://oxfordmedicine.com/view/10.1093/9780195173642.001.0001/med-9780195173642-chapter-6

http://schizophreniabulletin.oxfordjournals.org/content/17/1/27.full.pdf+html?sid=9896c925-ed40-4dde-bbec-78c6ba42808c

My Invitations To Treasurer & Governor Inaugurations, Election Dinners

I was invited to Jack Markell, Treasurer's, Election Party in January of 2005 (78).

I was invited to the Governor Ruth Ann Minner Inauguration and Inaugural Ball in 2001. (71)

I was invited to Governor Markell's Inauguration in 2009. (91)

Nude Photos of Linda C. Jones: https://goo.gl/photos/UyLicGjVi5aCDMf9A

Crimes, Counts, Titles, Laws, Broken, Cited:

18 U.S. Code § 1001 - Statements or entries generally

18 U.S. Code § 1018 - Official certificates or writings

18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

18 U.S. Code § 1028A - Aggravated identity theft

18 U.S. Code § 1016 - Acknowledgment of appearance or oath

18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States

18 U.S. Code § 880 - Receiving the proceeds of extortion

Title 18, U.S.C., Section 242 Deprivation of Rights Under Color Of Law

Title 18, U.S.C., Section 241 Conspiracy Against Rights

18 U.S. Code § 876 - Mailing threatening communications

18 U.S. Code § 2255 - Civil remedy for personal injuries

18 U.S. Code § 594 - Intimidation of voters

18 U.S. Code § 1015 - Naturalization, citizenship or alien registry

18 U.S. Code § 373 - Solicitation to commit a crime of violence

18 U.S. Code § 231 - Civil disorders

18 U.S. Code § 1201 - Kidnapping (b)

18 U.S. Code § 1038 - False information and hoaxes

18 U.S.C. 51 1113 Attempt To Commit Murder Or Manslaughter

18 U.S.C. 51 1117 Conspiracy To Murder

18 U.S. Code § 2261A - Stalking

18 U.S.C. 7 Assaults

Title 18, U.S.C., 1035 False Statements Relating To Health Care Matters

1610 Assault 18 U.S.C. 351 (e) Department of Justice

18 U.S. Code § 599 - Promise of appointment by candidate

18 U.S. Code § 872 - Extortion by officers or employees of the United States

18 U.S. Code § 2511 - Interception and disclosure of wire, oral, or electronic communications prohibited

18 U.S. Code § 2522 - Enforcement of the Communications Assistance for Law Enforcement Act

18 U.S.C. 77 1581 Peonage; obstructing enforcement

18 U.S.C. 77 1583 Enticement into slavery

18 U.S.C. 77 1584 Sale into involuntary servitude

18 U.S.C. 77 1589 Forced labor

18 U.S. Code § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor

18 U.S. Code § 1591 - Sex trafficking of children or by force, fraud, or coercion

18 U.S. Code § 2071 - Concealment, removal, or mutilation generally

18 U.S. Code § 2235 - Search warrant procured maliciously

18 U.S. Code § 2236 - Searches without warrant

18 U.S. Code § 2241 - Aggravated sexual abuse

18 U.S. Code § 2248 - Mandatory restitution

18 U.S. Code § 2242 - Sexual abuse

18 U.S. Code § 2253 - Criminal forfeiture

18 U.S. Code § 2252 - Certain activities relating to material involving the sexual exploitation of minors

18 U.S. Code § 2251 - Sexual exploitation of children

Title 18, U.S.C., Section 249 Hate Crime Acts

18 U.S.C. 246 Deprivation of Relief Benefits

18 U.S.C. 245 Federally Protected Activities

18 USC Section 1201

Delaware Code Annotated Title 16 Statute Section 1212

Common Law Claims: Negligence, Loyalty, Privacy Violations

Lindbergh Act of 1932

California v. Patty Hearst, 1976

Delaware Versus Prouse, 1979, 44 U.S. 648

First Amendment to the Constitution

Second Amendment to the Constitution

3rd Amendment

4th Amendment

5th Amendment

6th Amendment

7th Amendment

8th Amendment

9th Amendment

10th Amendment

13th Amendment

14th Amendment

15th Amendment

Kidnapping Statute of Limitations:

Due to the very serious nature of kidnapping, there is no statute of limitations associated with the crime. Charges can be filed at any time following the crime. Source: https://www.federalcharges.com/kidnapping-laws-charges/

## V. INJURIES

If you have sustained injuries as a result of the events to the alleged above, describe them here:

I have been injured from head to toe. The antipsychotics given to me poisoned my whole body and brain. The rancid food did the same. The reputation of a schizophrenic man when in face I am guardian of a schizophrenic man, disapproved me from work.

## VI. RELIEF

The relief I want the court to order is:

(check) Money damages in the amount of : $2,000,000,000  2 Billion United States Dollars, Currency (USD)

Case Law & Precedent:

Clinton v. Jones, 520 U.S. 681 (1997)

Empress Casino Joliet Corp. et al. v. Rod R. Blagojevich et al., case numbers 09-3975 & 10-1019

USA v. Blagojevich et al., case number 1:08-cr-00888

Jones v. Alfred H. Mayer Company, 379 F. 2d 33 - Court of Appeals, 8th Circuit 1967

Holowaty v. McDonald's Corp., 10 F. Supp. 2d 1078 - Dist. Court, Minnesota 1998

Rufo v. Simpson, 103 Cal. Rptr. 2d 492 - Cal: Court of Appeal, 2nd Appellate Dist., 4th Div. 2001

Slaughter-House Cases, 83 US 36 - Supreme Court 1873

University of California Regents v. Bakke, 438 US 265 - Supreme Court 1978

Ritchie v. Simpson, 170 F. 3d 1092 - Court of Appeals, Federal Circuit 1999

Kaelin v. Globe Communications Corp., 162 F. 3d 1036 - Court of Appeals, 9th Circuit 1998

Taylor v. Louisiana, 419 US 522 - Supreme Court 1975

Burgess v. Chase-Riboud, 765 F. Supp. 233 - Dist. Court, ED Pennsylvania 1991

Youngstown Sheet & Tube Co. v. Sawyer, 343 US 579 - Supreme Court 1952

Monell v. New York City Dept. of Social Servs., 436 US 658 - Supreme Court 1978

Monteiro v. Tempe Union High School Dist., 158 F. 3d 1022 - Court of Appeals, 9th Circuit 1998

American Libraries Ass'n v. Pataki, 969 F. Supp. 160 - Dist. Court, SD New York 1997

Schulman v. Huck Finn, Inc., 472 F. 2d 864 - Court of Appeals, 8th Circuit 1973

Americans with Disabilities Act, Pub. L. No. 101-336, 104 Stat. 327 (1990)

(codified at 42 U.S.C. §§ 12101-12213 (Supp. IV 1992)).

42 U.S.C. §§ 12111-12117 (Supp. IV 1992)

Dr. Seuss Enterprises, LP v. Penguin Books, 109 F. 3d 1394 - Court of Appeals, 9th Circuit 1997

Thirteenth Amendment to the United States Constitution

Civil Liberties Act of 1988

Cain v. Universal Pictures Co., 47 F. Supp. 1013 - Dist. Court, SD California 1942

The State of California v. Orenthal James Simpson, Case: BA097211

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

Certificate of Service

The undersigned hereby certifies that copies of the foregoing will caused to be served by the Plaintiff upon receiving notification of the Court's Ruling regarding Request for Waiver of Prepaid Filing Costs- upon the Following Manner Indicated:

I swear this on February 27th, 2017, upon the following manner indicated:

By Hand Delivery to:

Recovery Innovations International

700 Main St.

Ellendale, Delaware 19941

302.424.5660 FAX: 302.424.5661

https://riinternational.com/our-services/delaware/recovery-response-center-ellendale/

*[signature]*

Matthew Jones

11366 Sussex Highway

Greenwood, De 19950

(302) 349-5251

AzraelLinusSmith@gmail.com