

U.S. POSTAGE
PAID
GREENWOOD, DE
19950
FEB 28, 17
AMOUNT
$1.61
R2305M145223-15

19106

1000

Matthew Jones
17346 Sussex Highway
Greenwood, DE 19950

U.S. District Court

for

Eastern Pennsylvania

601 Market Street

Philadelphia PA 19106